# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Blair Douglass,

        Plaintiff,

v.

Destination XL Group, Inc.,

        Defendant.

Case No. 2:23-cv-01757-PLD

**Magistrate Judge Patricia L. Dodge**

*ELECTRONICALLY FILED*

## REPORT OF NEUTRAL

A mediation session was held in the above-captioned matter on December 12, 2023.

The case (please check one):
- __X__ has resolved
- _____ has resolved in part (see below)
- _____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within __N/A__ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

Dated: December 12, 2023                    */s/ Arthur H. Stroyd, Jr.*
                                                               Signature of Neutral

Rev. 09/11